UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL ARIAS and PETRA FIEL,

    Plaintiffs,

v.    Case No: 8:20-cv-438-T-36CPT

HCA HEALTH SERVICES OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 25). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 25).

    2)    This cause is dismissed, with prejudice. Except as otherwise agreed, each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on June 19, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record